FILED
DEC 18 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

### (HON. GORDON THOMPSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 14-CR-1503-GT |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| WALTER INZUNZA-CERVANTES, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant Walter Inzunza-Cervantes, currently scheduled for December 19, 2014, at 9:30 a.m., in the above entitled case, be continued to January 27, 2015, at 9:30 a.m.

**SO ORDERED.**

Dated: 12/18/14

HON. GORDON THOMPSON, Jr.
U.S. DISTRICT JUDGE