FILED

JAN 26 2015

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. GORDON THOMPSON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 14-CR-1503-GT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **WALTER INZUNZA-CERVANTES,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant Walter Inzunza-Cervantes, currently scheduled for January 27, 2015, at 9:30 a.m., in the above entitled case, be continued to February 26, 2015, at 9:30 a.m.

**SO ORDERED.**

Dated: 1-26-15

HON. GORDON THOPMSON
U.S. DISTRICT JUDGE